IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :    1:24CR124 -1 |
| DICORION JASHAUN LEACH | : |

The Grand Jury charges:

COUNT ONE

On or about December 4, 2023, in the County of Hoke, in the Middle District of North Carolina, DICORION JASHAUN LEACH knowingly and intentionally did unlawfully possess with intent to distribute less than 50 kilograms of marihuana, a Schedule I controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D).

COUNT TWO

On or about December 4, 2023, in the County of Hoke, in the Middle District of North Carolina, DICORION JASHAUN LEACH, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute marihuana, as more fully referenced in Count One of this Indictment, did knowingly possess a firearm,

that is, a ROMARM/CUGIR 7.62x39mm rifle; in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE ALLEGATION

1. The allegations contained in this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense alleged in Count One of this Indictment, the defendant, DICORION JASHAUN LEACH, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), all right, title and interest in and to any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. Upon conviction of the offense alleged in Count Two of this Indictment, the defendant, DICORION JASHAUN LEACH, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), all right, title, and interest in and to any firearms and ammunition involved or used in the commission of the offenses.

4. The property subject to forfeiture pursuant to paragraphs 2 and 3

2

above may include, but shall not be limited to, the following:

      a.     ROMARM/CUGIR 7.62x39mm rifle, bearing serial number 21PF-7169.

      b.     Assorted 7.62x39mm ammunition.

      c.     $9,617.00 in United States currency.

5.     If any of the property described above as being subject to forfeiture as a result of any act or omission of the defendants cannot be located upon the exercise of due diligence, has been transferred or sold to or deposited with a third person, has been placed beyond the jurisdiction of the Court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property.

3

Case 1:24-cr-00124-UA   Document 1   Filed 04/29/24   Page 3 of 4

All in accordance with Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, Rule 32.2, Federal Rules of Criminal Procedure, and Title 28, United States Code, Section 2461(c).

DATED: April 29, 2024

SANDRA J. HAIRSTON
United States Attorney

*[signature]*

BY: CLIFTON T. BARRETT
Assistant United States Attorney

A TRUE BILL:

FOREPERSON

4